**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 95-60588
(Summary Calendar)
_____

LIZZIE E. WILLIAMS, and Children In behalf of
Luther Williams, (Deceased),

Plaintiff-Appellant,

versus

JACKSON STONE COMPANY;
HOME LIFE INSURANCE COMPANY,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
(USDC No. 3:92-CV-86)
- - - - - - - - - -
April 17, 1996
Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

Lizzie E. Williams and her children appeal the district court's grant of summary judgment in favor of Home Life Insurance Company on their claims for employee benefits pursuant to ERISA, 29 U.S.C. §§ 1001 et seq. They also appeal the amount of damages awarded by the district court against Jackson Stone Company. Williams argues that Home Life was not entitled to summary judgment. We have reviewed the record and the briefs and AFFIRM

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the district court's judgment for essentially the same reasons set forth by the district court.  Williams v. Jackson Stone Company, No. 3:92-CV-86 (S.D. Tex. Aug. 5, 1994).  We do not consider Williams' argument in relation to the amount of damages awarded against Jackson Stone Company due to Williams' failure to provide the trial transcript.  Fed. R. App. P. 10(b); Powell v. Estelle, 959 F.2d 22, 26 (5th Cir.), cert. denied, 506 U.S. 1025 (1992). AFFIRMED.